ATTORNEY'S NAME: Rome, Gregory W 32665
AND ADDRESS: 2413 Packenham Dr., Chalmette, LA 70043

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO: 2018-02512　　　　DIVISION: I　　　　SECTION: 14

COTTON, TERRI

Versus

MARRIOTT INTERNATIONAL INC. ETAL ET AL

APR 02 2018

### CITATION

TO: MARRIOTT INTERNATIONAL, INC.
THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS, CT CORPORATION SYSSTEM
3867 PLAZA TOWER DR., BATON ROUGE, LA 70816

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA March 16, 2018

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Monchet' Bridges, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this ____ day of _____ served a copy of the within **Petition for Damages** ON **MARRIOTT INTERNATIONAL, INC.** THROUGH: **ITS REGISTERED AGENT FOR SERVICE OF PROCESS, CT CORPORATION SYSSTEM** Returned the same day No. _____ Deputy Sheriff of _____ Mileage: $ _____ / ENTERED / PAPER  RETURN SERIAL NO.  DEPUTY  PARISH | On this ____ day of _____ served a copy of the within **Petition for Damages** ON **MARRIOTT INTERNATIONAL, INC.** THROUGH: **ITS REGISTERED AGENT FOR SERVICE OF PROCESS, CT CORPORATION SYSSTEM** by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **MARRIOTT INTERNATIONAL, INC.** being absent from the domicile at time of said service. Returned the same day _____ No. _____ Deputy Sheriff of _____ |

I made service on the named party through the

CT Corporation

APR 03 2018

by tendering a copy of this document to
☐ Jeannine Beauregard  ☑ Brenna Beauregard
☐ Allison Reed
DY. K. ALEXANDER
CELL #678-9716

ID: 9872099  Deputy Sheriff, Parish of East Baton Rouge, Louisiana

A TRUE COPY
DEPUTY CLERK
PARISH OF ORLEANS
STATE OF LA

**VERIFIED**
Jeremy Scott
4/16/18

EXHIBIT
A

ATTORNEY'S NAME: Rome, Gregory W 32665
AND ADDRESS: 2413 F　　　ham Dr , Chalmette, LA 70043

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

| NO: 2018-02512 | DIVISION: I | SECTION: 14 |
|---|---|---|

COTTON, TERRI

**Versus**

MARRIOTT INTERNATIONAL INC.　ETAL ET AL

### CITATION

TO: HMC PROPERTIES II LIMITED PARTNERSHIP
THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS, CORPORATION SERVICE COMPANY
501 LOUISIANA AVENUE　, BATON ROUGE, LA 70802

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA March 16, 2018

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Monchet' Bridges, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this ____ day of _____ served a copy of the within **Petition for Damages** ON HMC PROPERTIES II LIMITED PARTNERSHIP THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS, CORPORATION SERVICE COMPANY Returned the same day ____ No. ____ Deputy Sheriff of ____ Mileage: $ ____ | On this ____ day of _____ served a copy of the within **Petition for Damages** ON HMC PROPERTIES II LIMITED PARTNERSHIP THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS, CORPORATION SERVICE COMPANY by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said HMC PROPERTIES II LIMITED PARTNERSHIP being absent from the domicile at time of said service. Returned the same day ____ No. ____ Deputy Sheriff of ____ |

/ ENTERED /
PAPER　　RETURN
SERIAL NO.　DEPUTY　PARISH

VERIFIED
4·16·18

A TRUE COPY
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

ID: 9872100　Page 1 of 1

APR 04 2018
made service on the named party through the Corporation Services _____ A. LeBlanc
tendering a copy of this document to ☐ PAULA GLASER ☐ JARY CLAFLIN
☐ JANINE SCHUTTE
E. Cummins
Sheriff, Parish of East Baton Rouge, Louisiana

SECTION 14

CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LOUISIANA

No. 18-2512  Division  Section

**Terri Cotton**

versus

**Marriott International, Inc.; HMC Properties II Limited Partnership f/k/a Marriott Hotel Properties II Limited Partnership; and ABC Insurance Company**



Filed _____  Deputy Clerk _____

### PETITION FOR DAMAGES WITH JURY DEMAND

**NOW INTO COURT**, through undersigned counsel, comes petitioner Terri Cotton, a person of the full age of majority and resident of the state of New Mexico, who respectfully represents that:

1.

Venue is proper in this court under Louisiana Code of Civil Procedure article 74 because the injuries described below were sustained in Orleans Parish.

2.

Made defendants here in are:

**Marriott International, Inc.,** a Delaware corporation authorized to do and actually doing business in the State of Louisiana.

**HMC Properties II Limited Partnership,** a Delaware partnership authorized to do and actually doing business in the State of Louisiana. HMC Properties II Limited Partnership was formerly known as Marriott Hotel Properties II Limited Partnership.

**ABC Insurance Company,** a presently unidentified insurance company authorized to do and doing business in the State of Louisiana.

3.

Defendants are indebted to the petitioner Terri Cotton jointly, severally, and in solido for reasonable damages together with legal interest from the date of judicial demand until paid and for all costs of these proceedings for the following reasons.

VERIFIED

4.

On or around March 25, 2017, petitioner Terri Cotton was a guest at the New Orleans Marriott hotel located at 555 Canal Street, New Orleans, Louisiana.

5.

Upon information and belief, the New Orleans Marriott is owned and operated by the defendants.

6.

While walking around the hotel pool on the evening of March 25, 2016, the petitioner tripped on an unexpected, unlit, and unmarked step up onto a narrow platform built across the walkway around the the pool.

7.

As a result of this fall, Petitioner suffered severe, permanent, and crippling injuries— including but not limited to the following: a fractured right femur, fractured right tibia, fractured right humerus, fractured right fibula, bruising, and other injuries. Petitioner has undergone several surgeries, has spent months in hospitals and skilled nursing facilities in connection with this fall, and may require additional treatment.

8.

Petitioner continues to suffer physical pain, emotional anguish, and physical disability as a result of the injuries she sustained in her fall at the New Orleans Marriott and is likely permanently disabled.

9.

Prior to the fall at issue here, Petitioner was an active woman capable of living on her own.

10.

The petitioner respectfully avers that the defendants are liable under the doctrine of res ipsa loquitur by owning, maintaining, or operating a building containing a defective and unreasonably dangerous condition in their care, custody, and control, which unreasonably dangerous condition was the proximate cause of the petitioner's injuries.

11.

Petitioner's injuries were caused by the negligence of the defendants in the following non-exclusive ways:

i. By creating and maintaining a hazardous condition and failing to remedy or protect guests from that condition;

ii. By maintaining a defective condition on their premises;

iii. Res ipsa loquitur;

iv. By failing to post warning signs;

v. By failing to provide adequate lighting around the pool deck;

vi. By failing to mark or cordon off a dangerous condition that was impossible to see in the dark;

vii. By failing to warn guests that the pool deck contained a dangerous condition; and

viii. Any any other acts of negligence that are proved at the trial of this matter.

12.

The unlit and unmarked projection in a dark area of an otherwise flat pool deck of the New Orleans Marriott presented an unreasonable risk of harm to the petitioner. This unreasonable risk of harm would have been foreseeable had the defendants exercised reasonable care.

13.

The defendants, as the owners of the building, caused the pool deck to be built in such a way that it presented an unreasonable risk of harm to individuals walking in the area, knew of the condition presenting and unreasonable risk of harm, or should have known of the condition presenting an unreasonable risk of harm.

14.

The defendants failed to exercise reasonable care by causing the pool deck to be built in such a way that it presented an unreasonable risk of harm to individuals walking in the area, by failing to light the area, by failing to mark or cordon off the area, and through any other ways that will be proven at trial.

15.

As a result of the incident and injuries described above, petitioner Terri Cotton is entitled to reasonable damages for the following:

i. Past, present, and future medical expenses;

ii. Past, present, and future physical pain and suffering;

iii. Past, present, and future mental anguish;

iv. Past, present, and future emotional distress;

v. Permanent disability and loss of function;

vi. Loss of enjoyment of life; and

vii. Any other general or specific damages to which Petitioner is entitled under state or federal law.

16.

Upon information and belief, the defendants had a policy of insurance with ABC Insurance Company on the date of Petitioner's accident that provided coverage for the type of loss sued upon herein, thus rendering the insurer liable unto Petitioner with the other named defendants under the Louisiana Direct Action Statute.

17.

Petitioner demands a trial by jury.

**WHEREFORE**, petitioner Terri Cotton prays that the defendants be cited to appear herein and answer, and that after due proceedings there be judgment in favor of petitioner Terri Cotton and against the defendants—Marriott International, Inc.; HMC Properties II Limited Partnership; and ABC Insurance Company—for such sums as are reasonable in the premises, together with all costs of these proceedings, plus interest from the date of judicial demand.

**PETITIONER FURTHER PRAYS** for all other general and equitable relief to which she may be entitled.

[Signature and service information next page]

A TRUE COPY
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

Respectfully submitted,

Williams & Rome, L.L.C.

By: _____

**Gregory W. Rome (LSBA #32665)**
Sharon M. Williams (LSBA #13530)
Attorneys for Terri Cotton
2413 Pakenham Drive
Chalmette, LA 70043
(504) 875-4397
(504) 875-4402 fax

PLEASE SERVE

**MARRIOTT INTERNATIONAL, INC.**
through its registered agent for service of process,
C T Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

**HMC PROPERTIES II LIMITED PARTNERSHIP**
through its registered agent for service of process,
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802

A TRUE COPY
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA